**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00734-REB-BNB

ANTHONY GENOVESE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
CHARLES A. LEDSINGER, JR., and
JOSEPH M. SQUERI,

    Defendants.

---

Civil Case No. 07-cv-00812-WDM-CBS

ISLAM BEG, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
CHARLES A. LEDSINGER, JR., and
JOSEPH M. SQUERI,

    Defendants.

---

## ORDER CONSOLIDATING CASES AND SETTING DEADLINES

**Blackburn, J.**

    This matter is before me on the parties' **Agreed Motion To: (1) Consolidate; (2) Extend Time To Respond to Complaints; (3) Set Briefing Schedules; and (4) Stay Discovery** [#6], filed May 7, 2007.  The motion is granted in part and denied as part.

Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact. The plaintiffs in both of the above-captioned cases allege that the defendants perpetrated a fraud on its public investors by spreading inaccurate information to the market, causing an inflation in the stock price of Choice Hotels International, Inc. The plaintiffs allege violations of § 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), Rule 10(b)(5) of the Securities and Exchange Commission, 17 C.F.R. § 240.10b-5, and § 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t. The two above-captioned cases have substantial questions of law and fact in common. Thus, the two cases should be consolidated. The parties ask also that I order that any related cases filed after this order enters will be consolidated with the above-captioned cases. I will not order the consolidation of cases not yet pending before the court. Rather, I will consider the consolidation of any new, related cases as new cases may be filed.

The parties anticipate the appointment of lead plaintiffs and lead counsel, and the filing of a consolidated complaint on behalf of the proposed plaintiff class. The parties ask that I extend the deadline for them to answer, move against, or otherwise respond to the complaints in these actions until after lead plaintiffs and lead counsel have been appointed, and a consolidated complaint has been filed. In this order, I will set deadlines for the filing of motions for the appointment of lead plaintiffs and lead counsel and the filing of a consolidated complaint, assuming lead plaintiffs and lead counsel are appointed. The defendants' answer or other response to the complaints in the above-captioned cases, or to a consolidated complaint, if one is filed, should be due 60 days after the filing of the

2

consolidated complaint, or 60 days after any denial of a motion for the appointment of lead plaintiffs and lead counsel.

To the extent the parties ask that I extend deadlines in cases not yet filed, the motion should be denied. I will consider deadlines in any new, related cases as new cases may be filed.

**THEREFORE, IT IS ORDERED** as follows:

1. That under FED. R. CIV. P. 42(a), and D.C.COLO.LCivR 42.1, the above-captioned cases are **CONSOLIDATED**;

2. That under D.C.COLO.LCivR 42.1, Civil Case No. 07-cv-00812-WDM-CBS shall be **REASSIGNED** to Judge Blackburn and to Magistrate Judge Boland;

3. That any later filed cases that the court deems to be sufficiently related to these cases shall be consolidated with these cases;

4. That any motion to transfer these consolidated cases **SHALL BE FILED** on or before May 18, 2007;

5. That any response to the motion to transfer **SHALL BE FILED** on or before June 1, 2007, and any reply shall be filed on or before June 8, 2007;

6. That any motion by the plaintiffs for appointment of lead plaintiffs and lead counsel **SHALL BE FILED** on or before June 22, 2007, and responses and replies shall be marshaled under D.C.COLO.LCivR 7.1.C.;

7. That the defendants' answer or other response to the complaints in the above-captioned cases, or to a consolidated complaint, if one is filed, **SHALL BE FILED** 60 days after the filing of any consolidated complaint, or 60 days after any denial of a motion for

the appointment of lead plaintiffs and lead counsel;

8.  That these consolidated actions **SHALL BE CAPTIONED** as shown below:

Civil Case No. 07-cv-00734-REB-BNB

(Consolidated with Civil Action No. 07-cv-00812-REB-BNB)

In re CHOICE HOTELS, INC. SECURITIES LITIGATION

9.  That the stay of discovery provided in 15 U.S.C. § 78u-4(b)(3)(B) **SHALL BE APPLICABLE** during the pendency of any motion to dismiss filed in this case, and that during the pendency of any such stay, the defendants **SHALL COMPLY** with the provisions of 15 U.S.C. § 78u-4(b)(3)(c)(I) concerning the preservation of evidence;

10.  That the parties' **Agreed Motion To: (1) Consolidate; (2) Extend Time To Respond to Complaints; (3) Set Briefing Schedules; and (4) Stay Discovery** [#6], filed May 7, 2007, is **GRANTED** to the extent outlined in paragraphs numbered one through nine, above; and

11.  That the parties' **Agreed Motion To: (1) Consolidate; (2) Extend Time To Respond to Complaints; (3) Set Briefing Schedules; and (4) Stay Discovery** [#6], filed May 7, 2007, otherwise is **DENIED**.

Dated May 9, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**