**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00734-REB-BNB

ANTHONY GENOVESE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
CHARLES A. LEDSINGER, JR., and
JOSEPH M. SQUERI,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Defendants' Motion to Transfer to the District of Maryland** [#9], and **Defendants' Memorandum of Law in Support of Their Motion to Transfer to the District of Maryland** [#10], both filed May 18, 2007. The motion and concomitant brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard II.E.1, and V.B.1.

Dated: May 21, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.