**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00734-REB-BNB

ANTHONY GENOVESE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
CHARLES A. LEDSINGER, JR., and
JOSEPH M. SQUERI,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Agreed Motion for Leave to Re-File Defendants' Motion to Transfer to the District of Maryland** [#15], filed May 21, 2007. The motion is **GRANTED**, and the **Defendants' Motion to Transfer to the District of Maryland**, is accepted for filing.

Dated: May 22, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.